*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Stephen Ralph Demagistris, Jr.

Debtor(s)

BK No. 1:19−bk−11795

Chapter 13

*ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING AND NOTICE*
*OF HEARING RESCHEDULED TO 3/4/2019*
*AND DIRECTING Stephen R. Demagistris, Jr. TO SERVE NOTICE OF THIS ORDER*

Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 14) Debtor Stephen Demagistris, Jr. is directed to serve a copy of this Order within two business days on all parties and all creditors and to file a certificate of service with the court evidencing same. (related document(s)10 Chapter 13 Plan). Hearing scheduled for 3/4/2020 at 10:00 AM at 6th Floor Courtroom..

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

Participants should plan on arriving at the Federal Center building at least 20−30 minutes in advance of the scheduled hearing in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **12/10/19**

Entered on Docket: **12/10/19**
Document Number: **16 − 10, 14**

145c.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: www.rib.uscourts.gov